WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ivy Frankel, | No. CV-16-03101-PHX-JAT |
| Plaintiff, | **ORDER** |
| v. | |
| Aramark Services Incorporated, et al., | |
| Defendants. | |

"Inquiring whether the court has jurisdiction is a federal judge's first duty in every case." *Belleville Catering Co. v. Champaign Market Place, L.L.C.*, 350 F.3d 691, 693 (7th Cir. 2003).  Here, Defendant removed this case based on diversity jurisdiction, but failed to plead the citizenship of a corporation as required by *Hertz Corp. v. Friend*, 559 U.S. 77, 80, 92-93 (2010).  Therefore,

**IT IS ORDERED** that by October 7, 2016, Defendant shall file a supplement to the notice of removal properly alleging federal subject matter jurisdiction or this case will be remanded to state court.

Dated this 30th day of September, 2016.

James A. Teilborg
Senior United States District Judge